# EXHIBIT 1

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date:

Experian
P.O. Box 2002
Allen, TX 75013

## Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing ALL INFORMATION in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,


Nathaniel Spencer III

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent: USPS Certified Mail # 7017-0660-0000-9367-0512
Return Receipt Requested

**U.S. Postal Service**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ALLEN, TX 75013

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | **$3.35** |
| $ | $2.75 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)   $ $0.00
- ☐ Return Receipt (electronic)   $ $0.00
- ☐ Certified Mail Restricted Delivery   $ $0.00
- ☐ Adult Signature Required   $ $0.00
- ☐ Adult Signature Restricted Delivery  $

Postage   **$0.49**
$

Total Postage and Fees   **$6.59**
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

0004
8

Postmark
Here

09/19/2017
USPS 49009

WESTWOOD PO KALAMAZOO MI

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 0660 0000 9367 0512

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 2002
Allen TX. 95013

9590 9402 2858 7069 7121 59

2. Article Number *(Transfer from service label)*

7017 0660 0000 9367 0512

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
- ☐ Agent
- ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove ✕

**Tracking Number:** 70170660000093670512

**Expected Delivery by**

# FRIDAY

# 22 SEPTEMBER 2017 ⓘ

## by 8:00pm ⓘ

## ✅ Delivered

September 22, 2017 at 5:50 pm
Delivered
ALLEN, TX 75013

---

### Tracking History                                                      ⌃

**September 22, 2017, 5:50 pm**
Delivered
ALLEN, TX 75013
Your item was delivered at 5:50 pm on September 22, 2017 in ALLEN, TX 75013.

**September 22, 2017, 5:29 pm**
Arrived at Unit
ALLEN, TX 75013

**September 22, 2017, 9:14 am**
In Transit to Destination
On its way to ALLEN, TX 75013

**September 21, 2017, 10:14 pm**
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER


**September 21, 2017, 12:06 pm**
Arrived at USPS Regional Destination Facility
COPPELL TX DISTRIBUTION CENTER


**September 21, 2017, 9:58 am**
In Transit to Destination
On its way to ALLEN, TX 75013


**September 20, 2017, 9:58 am**
In Transit to Destination
On its way to ALLEN, TX 75013


**September 19, 2017, 10:58 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX


**September 19, 2017, 9:52 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX


**September 19, 2017, 6:53 pm**
Departed Post Office
KALAMAZOO, MI 49009


**September 19, 2017, 5:16 pm**
USPS in possession of item
KALAMAZOO, MI 49009


## Product Information                                              ⌄


**See Less ⌃**

# Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date:

Equifax
P.O. Box 740256
Atlanta GA. 30374

## Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,


Nathaniel Spencer III

<u>Attached</u>: Copy of my Social Security Card & Drivers License is attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0536
        Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740256
Atlanta GA. 30374

9590 9402 2858 7069 7124 87

2. Article Number (Transfer from service label)

7017 0660 0000 9367 0536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature WILLIAM ALLEN
X               SEP 2 3 2017
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at *www.usps.com®*.

ATLANTA, GA 30374

OFFICIAL USE

$3.35                                           0004
                                                  8
Certified Mail Fee
$                              $2.75
                               $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $   $0.00
☐ Return Receipt (electronic)        $   $0.00
☐ Certified Mail Restricted Delivery $   $0.00
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage                $0.49
$
Total Postage and Fees $6.59
$
Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

USPS 49009
Postmark
Here
09/19/201

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7017 0660 0000 9367 0536

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70170660000093670536                   Remove ✕

Your item was delivered at 12:32 pm on September 24, 2017 in ATLANTA, GA 30348.

## ✅ Delivered

September 24, 2017 at 12:32 pm
Delivered
ATLANTA, GA 30348

---

## Tracking History                                   ⌃

**September 24, 2017, 12:32 pm**
Delivered
ATLANTA, GA 30348
Your item was delivered at 12:32 pm on September 24, 2017 in ATLANTA, GA 30348.

**September 24, 2017, 5:48 am**
Available for Pickup
ATLANTA, GA 30348

**September 24, 2017, 4:15 am**
Arrived at Hub
ATLANTA, GA 30304

**September 23, 2017, 9:18 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

Case 1:18-cv-00194-PLM-PJG ECF No. 1-1 filed 02/23/18 PageID.17 Page 9 of 13

**September 22, 2017, 6:18 pm**
Departed USPS Regional Destination Facility
ATLANTA GA DISTRIBUTION CENTER

**September 22, 2017, 9:35 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

**September 21, 2017, 8:35 pm**
Arrived at USPS Regional Destination Facility
ATLANTA GA DISTRIBUTION CENTER

**September 21, 2017, 9:58 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

**September 20, 2017, 9:58 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

**September 19, 2017, 10:58 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**September 19, 2017, 9:52 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**September 19, 2017, 6:53 pm**
Departed Post Office
KALAMAZOO, MI 49009

**September 19, 2017, 5:16 pm**
USPS in possession of item
KALAMAZOO, MI 49009

**Product Information**

# Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date:

TransUnion
P.O. Box 2000
Chester PA. 19016-2000

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing ALL INFORMATION in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,


Nathaniel Spencer III

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:  USPS Certified Mail # 7017-0660-0000-9367-0529
       Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union
P.O. Box 2000
Chester PA. 19022

9590 9402 2858 7069 7121 66

2. Article Number *(Transfer from service label)*

7017 0660 0000 9367 0529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

CRUM LYNNE, PA 19022   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| | $2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.49 |
| Total Postage and Fees | $6.59 |

Postmark Here — WESTWOOD PO KALAMAZOO MI 49009

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7017 0660 0000 9367 0529

Case 1:18-cv-00194-PLM-PJG  ECF No. 1-1 filed 02/23/18  PageID.20  Page 12 of 13

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove ✕

**Tracking Number:** 70170660000093670529

**Expected Delivery on**

# MONDAY
# 25 SEPTEMBER 2017 ⓘ  by 8:00pm ⓘ

## ✅ Delivered

September 25, 2017 at 1:28 pm
Delivered
CRUM LYNNE, PA 19022

---

**Tracking History**  ⌃

**September 25, 2017, 1:28 pm**
Delivered
CRUM LYNNE, PA 19022
Your item was delivered at 1:28 pm on September 25, 2017 in CRUM LYNNE, PA 19022.

**September 25, 2017, 9:20 am**
Distribution to PO Box in Progress
CRUM LYNNE, PA 19022

**September 25, 2017, 9:10 am**
Sorting Complete
CRUM LYNNE, PA 19022

**September 24, 2017, 4:51 am**
Arrived at Hub
CHESTER, PA 19013

**September 23, 2017, 9:07 am**
In Transit to Destination
On its way to CRUM LYNNE, PA 19022

**September 22, 2017, 9:07 am**
In Transit to Destination
On its way to CRUM LYNNE, PA 19022

**September 21, 2017, 2:07 pm**
Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**September 21, 2017, 9:32 am**
In Transit to Destination
On its way to CRUM LYNNE, PA 19022

**September 20, 2017, 9:32 am**
In Transit to Destination
On its way to CRUM LYNNE, PA 19022

**September 19, 2017, 10:32 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**September 19, 2017, 9:57 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**September 19, 2017, 6:53 pm**
Departed Post Office
KALAMAZOO, MI 49009

**September 19, 2017, 5:16 pm**
USPS in possession of item
KALAMAZOO, MI 49009