# EXHIBIT 2

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/2017

Experian
P.O. Box 2002
Allen TX. 75013

<u>**Final Request Pursuant to 15 U.SC. § 1681g(a)(1)**</u>

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see attached letter which is identical to the first letter I sent on 9/19/2017 USPS Certified Mail # 7017-0660-0000-9367-0512). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You,

*/s/ Nathaniel Spencer III*
Nathaniel Spencer III

<u>**Attached**</u>: Copies of my Social Security Card & Driver's License and the same letter as my initial request are attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0642
 Return Receipt Requested

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/17

Experian
P.O. Box 2002
Allen, TX 75013

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing **ALL INFORMATION** in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*
Nathaniel Spencer III

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0642
        Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Experian
P.O. Box 2002
Allen TX. 75013

9590 9402 2858 7069 7120 12

2. Article Number (Transfer from service label)

7017 0660 0000 9367 0642

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

OCT 30 2017

*Billy Kimble*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ALLEN, TX 75013    OFFICIAL USE

Certified Mail Fee $3.35
$  $2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
Total Postage and Fees $6.59

Postmark Here
WESTWOOD PO KALAMAZOO MI 49009 USPS 10/25/2017

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70170660000093670642

Remove ✕

Your item has been delivered to an agent at 8:45 am on October 28, 2017 in ALLEN, TX 75013.

## ✓ Delivered

October 28, 2017 at 8:45 am
Delivered, To Agent
ALLEN, TX 75013

---

### Tracking History

**October 28, 2017, 8:45 am**
Delivered, To Agent
ALLEN, TX 75013
Your item has been delivered to an agent at 8:45 am on October 28, 2017 in ALLEN, TX 75013.

**October 27, 2017, 9:11 am**
In Transit to Destination
On its way to ALLEN, TX 75013

**October 26, 2017, 10:11 pm**
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**October 26, 2017, 3:45 pm**
Arrived at USPS Regional Destination Facility
COPPELL TX DISTRIBUTION CENTER

**October 26, 2017, 9:01 am**
In Transit to Destination
On its way to ALLEN, TX 75013

**October 25, 2017, 9:01 am**
In Transit to Destination
On its way to ALLEN, TX 75013

**October 24, 2017, 10:01 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 9:36 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 6:36 pm**
Departed Post Office
KALAMAZOO, MI 49009

**October 24, 2017, 5:52 pm**
USPS in possession of item
KALAMAZOO, MI 49009

**Product Information** ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/2017

Equifax
P.O. Box 740256
Atlanta GA. 30374

## Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see attached letter which is identical to the first letter I sent on 9/19/2017 USPS Certified Mail # 7017-0660-0000-9367-0512). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*

Nathaniel Spencer III

**Attached**: Copies of my Social Security Card & Driver's License and the same letter as my initial request are attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0635
 Return Receipt Requested

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/17

Equifax
P.O. Box 740256
Atlanta GA. 30374

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing **ALL INFORMATION** in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*
Nathaniel Spencer III

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0635
        Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax
P.O. Box 740256
Atlanta GA. 30374

9590 9402 2858 7069 7120 29

2. Article Number (Transfer from service label)

7017 0660 0000 9367 0635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X SJEMME'A HICKS ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
OCT 27 2017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ATLANTA, GA 30374

| Certified Mail Fee | $3.35 |
| --- | --- |
| | $2.75 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.49

Total Postage and Fees $6.59

Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here
WESTWOOD PO KALAMAZOO MI 49009 USPS
10/24/2017

7017 0660 0000 9367 0635

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70170660000093670635

**On Time**

**Expected Delivery on**

**FRIDAY**
**27** OCTOBER 2017 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

October 27, 2017 at 12:15 pm
Delivered
ATLANTA, GA 30348

---

**Tracking History**

**October 27, 2017, 12:15 pm**
Delivered
ATLANTA, GA 30348
Your item was delivered at 12:15 pm on October 27, 2017 in ATLANTA, GA 30348.

**October 27, 2017, 6:25 am**
Available for Pickup
ATLANTA, GA 30348

**October 27, 2017, 5:03 am**
Arrived at Unit
ATLANTA, GA 30304

**October 26, 2017, 9:01 pm**
Arrived at USPS Regional Destination Facility
ATLANTA GA DISTRIBUTION CENTER

**October 26, 2017, 9:05 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

**October 25, 2017, 9:05 am**
In Transit to Destination
On its way to ATLANTA, GA 30374

**October 24, 2017, 10:05 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 9:37 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 6:36 pm**
Departed Post Office
KALAMAZOO, MI 49009

**October 24, 2017, 5:51 pm**
USPS in possession of item
KALAMAZOO, MI 49009

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/2017

TransUnion
P.O. Box 2000
Chester PA. 19016-2000

**<u>Final Request Pursuant to 15 U.SC. § 1681g(a)(1)</u>**

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see attached letter which is identical to the first letter I sent on 9/19/2017 USPS Certified Mail # 7017-0660-0000-9367-0512). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*

Nathaniel Spencer III

<u>Attached</u>: Copies of my Social Security Card & Driver's License and the same letter as my initial request are attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0628
 Return Receipt Requested

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI. 49006
S. S. # 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 | D.O.B. 01/04/1970

Date: 10/24/17

TransUnion
P.O. Box 2000
Chester PA. 19016-2000

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing **ALL INFORMATION** in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

*[signature]*

Nathaniel Spencer III

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:   USPS Certified Mail # 7017-0660-0000-9367-0628
        Return Receipt Requested

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Trans Union
   P.O. Box 2000
   Chester, PA. 19016-2000

   [Stamp: TransUnion OCT 27 2017]

   9590 9402 2858 7069 7120 36

2. Article Number (Transfer from service label)

   7017 0660 0000 9367 0628

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                     Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHESTER, PA 19016    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.35 |
| | $2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.49 |
| Total Postage and Fees | $6.59 |

[Postmark: WESTWOOD PO KALAMAZOO MI 49009]

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0660 0000 9367 0628

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70170660000093670628

Remove ✕

**Expected Delivery by**

**FRIDAY**

**27** OCTOBER 2017 ⓘ

by
**8:00pm** ⓘ

 **Delivered**

October 27, 2017 at 1:12 pm
Delivered
CRUM LYNNE, PA 19022

---

**Tracking History** ︿

**October 27, 2017, 1:12 pm**
Delivered
CRUM LYNNE, PA 19022
Your item was delivered at 1:12 pm on October 27, 2017 in CRUM LYNNE, PA 19022.

**October 27, 2017, 9:38 am**
Arrived at Unit
CHESTER, PA 19013

**October 27, 2017, 9:30 am**
In Transit to Destination
On its way to CHESTER, PA 19016

**October 26, 2017, 11:30 am**
Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**October 26, 2017, 9:02 am**
In Transit to Destination
On its way to CHESTER, PA 19016

**October 25, 2017, 9:02 am**
In Transit to Destination
On its way to CHESTER, PA 19016

**October 24, 2017, 10:02 pm**
Departed USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 9:44 pm**
Arrived at USPS Regional Origin Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**October 24, 2017, 6:36 pm**
Departed Post Office
KALAMAZOO, MI 49009

**October 24, 2017, 5:53 pm**
USPS in possession of item
KALAMAZOO, MI 49009

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?