UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

       Plaintiff,                      Case No. 1:18–cv–00194–PLM–PJG

v.                                  Hon. Paul L. Maloney

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

       Defendants.
_____/

**NOTICE OF RECEIPT OF CASE**

      NOTICE is hereby given that this case has been received, and filed in this court on February 23, 2018.   It has been assigned the case number and judge set forth above.

                                                CLERK OF COURT

Dated:  February 27, 2018        By:   /s/ C. Wenners
                                                Deputy Clerk