UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

NATHANIEL SPENCER, III,
        Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANS UNION, LLC;
        Defendants.

CASE NO. 1:18-cv-00194-PLM-PJG

Judge Paul L. Maloney
Magistrate Judge Phillip J. Green

---

**DEFENDANT TRANS UNION LLC'S
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC, by counsel, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?  **XX** YES __ NO

2. Does party have any parent corporations? **XX** YES _ NO

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    TransUnion Intermediate Holdings, Inc. and TransUnion.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  **XX** YES __ NO

    If yes, identify all such owners:

    Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

No public company directly owns 10% or more of the stock in Trans Union LLC. TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc. Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  _ YES **XX** NO

Respectfully submitted,

Date:  March 8, 2018

/s/ Scott E. Brady
Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq.  (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*