# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NATHANIEL SPENCER, III,<br>            Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANS UNION, LLC;<br>            Defendants. | CASE NO. 1:18-cv-00194-PLM-PJG<br><br>Judge Paul L. Maloney<br>Magistrate Judge Phillip J. Green |

## PROOF OF SERVICE

I, Scott E. Brady, hereby certify that on the **8th day of March, 2018**, I electronically filed:

**Defendant Trans Union, LLC's Disclosure Of Corporate Affiliations And Financial Interest**

with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| None. | |
|---|---|

I further certify that on the **8th day of March, 2018**, a copy of the above referenced document(s) was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiff**<br>Nathaniel Spencer, III<br>2711 Chaparral Street<br>Kalamazoo, MI  49006 | |
|---|---|

/s/ Scott E. Brady
Sandra Davis Jansen, Esq. (IN #27803-53)
Scott E. Brady, Esq.  (IN #30534-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sjansen@schuckitlaw.com
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*