UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**NATHANIEL SPENCER, III,**

    Plaintiff,                                    Case No. 1:18-CV-194
                                                    Hon. Paul L. Maloney

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX, INC., TRANS UNION, LLC.**

    Defendants.

---

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

    Pursuant to LR 83.4, Experian Information Solutions, Inc. (hereinafter referred to as "Experian") makes the following disclosure:

    1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

                          Yes  **X**               No _____

    If the answer is "Yes," list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

**The ultimate parent company of Experian is Experian PLC. The following companies are the U.S.-based subsidiaries of Experian PLC that are not wholly owned: (a) First American Real Estate Solutions, LLC; (b) First American Real Estate Solutions II, LLC; (c) Vehicle Title, LLC;(d) Central Source LLC; (e) Online Data Exchange LLC; (f) New Management Services LLC; (g) VantageScore Solutions LLC; and (h) Opt-Out Services LLC.**

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes __X__          No _____

If the answer is "Yes," list the identity of such corporation or affiliate and the nature of the financial interest:

**Experian PLC owns 100% of Experian.  Experian PLC is a Jersey, Channel Islands company which is publicly traded on the London Stock Exchange.**

Dated: March 23, 2018

                                      */s/ Tamara E. Fraser*
                                      Tamara E. Fraser (P51997)
                                      Williams, Williams, Rattner & Plunkett, P.C.
                                      Attorneys for Defendant
                                      Experian Information Solutions, Inc.
                                      380 N. Old Woodward Avenue, Suite 300
                                      Birmingham, Michigan 48009
                                      (248) 642-0333
                                      tefraser@wwrplaw.com

## CERTIFICATE OF SERVICE

I, Tamara E. Fraser, hereby certify that on the 23rd day of March, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

>/s/ Tamara E. Fraser
>Tamara E. Fraser (P51997)
>Williams, Williams, Rattner & Plunkett, P.C.
>Attorneys for Defendant Experian
>Information Solutions, Inc.
>380 N. Old Woodward Avenue, Suite 300
>Birmingham, Michigan 48009
>(248) 642-0333
>tefraser@wwrplaw.com