# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
## (Southern Division)

| | |
|---|---|
| **NATHANIEL SPENCER, III,** | **Civil Action No. 1:18-cv-00194-PLM-PJG** |
| Plaintiff, | |
| v. | **Judge Paul L. Maloney**<br>**Magistrate Judge Phillip J. Green** |
| **EXPERIAN INFORMATION SOLUTIONS INC., et al.,** | |
| Defendant. | |

| | |
|---|---|
| NATHANIEL SPENCER, III<br>2711 CHAPARRAL ST.<br>KALAMAZOO, MI 49006<br>(269) 599-7808<br>*PRO SE* | KING & SPALDING LLP<br>Kendall W. Carter<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Tel: 404-572-2495<br>Fax: 404-572-5100<br>Email:kcarter@kslaw.com<br>*Attorneys for Equifax Inc.* |

## DEFENDANT EQUIFAX INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Equifax Inc. ("Equifax"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court to dismiss this action with prejudice, and grant all other relief that the Court deems appropriate. In support of this motion, Equifax relies upon the accompanying memorandum of law. For the reasons set forth more fully in its accompanying memorandum, Equifax requests that this motion be granted.

1

2

Respectfully submitted this 26th day of March, 2018.

>*/s/ Kendall W. Carter*
>Kendall W. Carter
>KING & SPALDING LLP
>1180 Peachtree Street NE
>Atlanta, GA 30309
>Tel: 404-572-2495
>Fax: 404-572-5100
>Email:kcarter@kslaw.com
>
>*Attorneys for Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and via U.S. Mail to:

Nathaniel Spencer, III
2711 Chaparral St.
Kalamazoo, MI 49006
(269) 599-7808

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
Fax: (248) 642-0856
Email: tefraser@wwrplaw.com

Sandra Davis Jansen
Scott E. Brady
Schuckit & Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077
(317) 363-2400
Email: sjansen@schuckitlaw.com
Email: sbrady@schuckitlaw.com

                                         */s/ Kendall W. Carter*
                                         Kendall W. Carter