FILED - KZ
April 13, 2018 1:07 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb Scanned by /4/13/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MCHIGAN

| | |
|---|---|
| NATHANIEL SPENCER III<br>*Plaintiff.*<br><br>vs<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.<br>*Defendants* | Case No 1:18-cv-194<br><br><br>TRIAL BY JURY DEMANDED |

## PLAINTIFF'S MOTION AND MEMORANDOM IN SUPPORT FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff requests leave of the Court to file an Amended Complaint to add an additional party and clarify claims made.

### A. Introduction

1. Plaintiff is Nathaniel Spencer III; Defendants are Experian Information Solutions, Inc. (Experian) Equifax, Inc. (Equifax) and Trans Union LLC (Trans Union).
2. Plaintiff sued Defendants for violations of the FCRA.
3. Defendants Experian and Trans Union have filed an answer while Equifax has filed a motion to Dismiss which is pending before the Court.

### B. Argument

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); Walton v. Mental Health Ass'n, 168 F.3d 661, 665, (3d Cir. 1999)

5. The Court should allow the filing of Plaintiff's amended pleading because it properly corrects deficiencies in Plaintiff's Original Complaint and allows a necessary party to be added to this action.
6. Defendants will not be prejudiced by Plaintiff's amended pleading.
7. Plaintiff is attaching his amended complaint to this Motion.

## C. Conclusion

8. Plaintiff has amended his Original Complaint to clarify issues presented and to add a necessary additional party to this action. Plaintiff Requests the Court grant leave to file the Amended Complaint

Respectfully Submitted,

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI 49006
269-599-7808
nathan.spenc.111@gmail.com

This is to certify that a true and correct copy of the foregoing document was sent to the parties listed below via email on the date below.

**Counsel for Defendant Experian Information Solutions, Inc**
Autumn Hamit Patterson
Jones Day
2727 North Harwood St.
Dallas, Texas 75201
Office +1.214.969.2966
ahpatterson@jonesday.com

Tamara E. Fraser, Esq.
380 North Old Woodward Avenue, Suite 300
Birmingham, Michigan  48009
Main: (248) 642-0333 •Fax (248) 642-0856
tef@wwrplaw.com

**Counsel for defendant Equifax,  INC.**
Kendall W. Carter |
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-2495 direct

**Councel for Defendant Trans Union, LLC**
Sandra Davis Jansen, Esq, and Scott E. Brady, Esq.
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-mail: sjansen@schuckitlaw.com
**E-mail: sbrady@schuckitlaw.com**

*Addendum: Certifying that I tried to e-mail Counsel for Defendant Trans Union, LLC. There e-mail would not accept my attachments so I faxed the foregoing document on 4/12/18*

Dated April 12, 2018

_____
Nathaniel Spencer III