Case 1:18-cv-00194-PLM-PJG   ECF No. 15 filed 04/13/18   PageID.140   Page 1 of 3

FILED - KZ
April 13, 2018 10:25 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by OB / 4/13/18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MCHIGAN

NATHANIEL SPENCER III )
*Plaintiff.* )
)
) Case No 1:18-cv-194
vs )
)
EXPERIAN INFORMATION )
SOLUTIONS, INC.; TRANS UNION )
LLC; EQUIFAX, INC. )
*Defendants* )
)
)
) TRIAL BY JURY DEMANDED
)

## PLAINTIFF'S CERTIFICATE OF ATTEMPT TO OBTAIN CONCURRENCE

1. Plaintiff certifies that he has conferred with or attempted to confer with defendants in order to obtain concurrence pursuant to Local Rules Of Practice And Procedure United States District Court Western District of Michigan LCivR 7.1(d).

2. On 04/12/18 Mr. Spencer faxed Counsel for Defendant Trans Union, LLC, Sandra Davis Jansen and Scott E. Brady, his Motion and Memorandum In Support For Leave To File Amended Complaint and his First Amended Complaint For Violations Of The FCRA for Defendants review. Trans Unions Counsel responded via e-mail as follows "Trans Union has no objection to the Motion."

3. On 04/12/18 Plaintiff emailed Counsel for Equifax, INC, Kendall W. Carter his Motion and Memorandum In Support For Leave To File Amended Complaint and his First Amended Complaint For Violations Of The FCRA for Defendants review. Equifax's Counsel responded as follows "Equifax Inc. does not object to Plaintiff's Motion for Leave given the stage of the litigation. Equifax does not consent or agree to Plaintiff's Amended Complaint and reserves the right to file a Motion to Dismiss at the appropriate time."

4. On 04/12/18 Plaintiff e-mailed Counsel for Experian Autumn Hamit Patterson and Tamara E. Fraser. Plaintiff received no reply.

Respectfully Submitted,

04/13/18

Nathaniel Spencer III
2711 Chaparral St.
Kalamazoo MI 49006
269-599-7808
nathan.spenc.111@gmail.com

This is to certify that a true and correct copy of the foregoing document will be sent to the parties listed below via 1st class USPS mail on or around the date below.

**Counsel for Defendant Experian Information Solutions, Inc**
Autumn Hamit Patterson
Jones Day
2727 North Harwood St.
Dallas, Texas 75201
Office +1.214.969.2966
ahpatterson@jonesday.com

Tamara E. Fraser, Esq.
380 North Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Main: (248) 642-0333 •Fax (248) 642-0856
tef@wwrplaw.com

**Counsel for Defendant Equifax, INC.**
Kendall W. Carter |
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309
(404) 572-2495 direct

**Council for Defendant Trans Union, LLC**
Sandra Davis Jansen, Esq, and Scott E. Brady, Esq.
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-mail: sjansen@schuckitlaw.com
**E-mail: sbrady@schuckitlaw.com**

Dated April 14, 2018

Nathaniel Spencer III