UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NATHANIEL SPENCER III,<br><br>              Plaintiff,<br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANS UNION, LLC,<br><br>             Defendants. | Case No. 1:18-cv-194<br><br>Judge Paul L. Maloney |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT**

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and responds to Plaintiff's Motion for Leave to File an Amended Complaint. Experian does not oppose Plaintiff's motion for leave to file an amended complaint. Experian, however, does not concede that the substance of the amendments are proper or that they correct the deficiencies in the Plaintiff's original complaint and reserves its right to assert all appropriate defenses. Contrary to Plaintiff's certification to the contrary, *see* Docket Entry No. 15, Experian informed Plaintiff that it would not oppose Plaintiff's motion for leave to file an amended complaint. *See* Exhibit 1.

- 2 -

Dated:  April 17, 2018

Respectfully submitted,

*/s/ Tamara E. Fraser*
Tamara E. Fraser (P51997)
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333
tefraser@wwrplaw.com

Autumn Hamit Patterson
Texas Bar No. 24092947
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 969-2966
Facsimile:  (214) 969-5100
ahpatterson@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on April 17, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to pro se Plaintiff at the physical address and email address listed below.

Nathaniel Spencer, III
2711 Chaparral St.
Kalamazoo, MI 49006
(269) 599-7808
Nathan.spenc.111@gmail.com

*/s/ Tamara E. Fraser*
Tamara E. Fraser (P51997)