# Exhibit 1

## Patterson, Autumn Hamit

| | |
|---|---|
| **From:** | Patterson, Autumn Hamit |
| **Sent:** | Friday, April 13, 2018 7:50 AM |
| **To:** | 'Nathaniel Spencer'; TEFraser@wwrplaw.com |
| **Subject:** | RE: Confiring with Experians counsel |

Mr. Spencer,

Experian will not oppose your motion for leave to file an amended complaint; however, Experian reserves the right to assert all appropriate defenses, including failure to state a claim.

Sincerely,
Autumn

Autumn Hamit Patterson
Associate
**JONES DAY® - One Firm Worldwide℠**
2727 North Harwood St.
Dallas, Texas 75201
Office +1.214.969.2966
ahpatterson@jonesday.com

**From:** Nathaniel Spencer <nathan.spenc.111@gmail.com>
**Sent:** Thursday, April 12, 2018 1:15 AM
**To:** TEFraser@wwrplaw.com; Patterson, Autumn Hamit <ahpatterson@jonesday.com>
**Subject:** Confiring with Experians counsel

HI Mrs. Patterson and Mrs. Fraser

This correspondence is concerning case # 1:18-cv-194

I plan on filing a Motion for Leave To File Amended Complaint along with my First Amended Complaint For Violations Of The FCRA.

I have attached these documents to this e-mail for your review as requested do you concur with these proposed filings?