UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

    Plaintiff,

v.

    Case No. 1:18-cv-194

    HONORABLE PAUL L. MALONEY

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

Pending before the Court is Plaintiff's motion for leave to file amended complaint (ECF No. 14). Upon due consideration of the motion by the Court, the motion is GRANTED. The proposed document (ECF No. 16) is deemed filed *instanter*.

**IT IS SO ORDERED**.

Dated: April 17, 2018             /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge