**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| NATHANIEL SPENCER, III,<br>　　　　Plaintiff,<br>　vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION LLC;<br>EQUIFAX, INC.; and EQUIFAX<br>INFORMATION SERVICES, LLC;<br>　　　　Defendants. | CASE NO. 1:18-cv-00194-PLM-PJG<br><br>Judge Paul L. Maloney<br>Magistrate Judge Phillip J. Green |

**PROOF OF SERVICE**

　　I, **Scott E. Brady**, hereby certify that on the **30th day of April, 2018** I electronically filed:

*TRANS UNION, LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FCRA AND AFFIRMATIVE DEFENSES*

with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Autumn Hamit Patterson, Esq.<br>ahpatterson@jonesday.com | Tamara E. Fraser, Esq.<br>tefraser@wwrplaw.com |
| Kendall W. Carter, Esq.<br>kcarter@kslaw.com | |

　　I further certify that on the **30th day of April, 2018**, a copy of the above referenced document(s) was sent via U.S. First Class Mail, postage prepaid, to the following non-ECF participants:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Nathaniel Spencer, III<br>2711 Chaparral Street<br>Kalamazoo, MI  49006 | |

　　　　　　　　　　　　　　　　　　*/s/ Scott E. Brady*
　　　　　　　　　　　　　　　　　　Sandra Davis Jansen, Esq. (IN #27803-53)
　　　　　　　　　　　　　　　　　　Scott E. Brady, Esq.  (IN #30534-49)
　　　　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　　　　Telephone:  317-363-2400   Fax:  317-363-2257
　　　　　　　　　　　　　　　　　　E-Mail:  sjansen@schuckitlaw.com
　　　　　　　　　　　　　　　　　　E-Mail:  sbrady@schuckitlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trans Union, LLC*