UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division)

| | |
|---|---|
| **NATHANIEL SPENCER, III,**<br><br>      Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC., et al.,**<br><br>      Defendant. | Civil Action No. 1:18-cv-00194-PLM-PJG<br><br>**Judge Paul L. Maloney**<br>**Magistrate Judge Phillip J. Green** |
| NATHANIEL SPENCER, III<br>2711 CHAPARRAL ST.<br>KALAMAZOO, MI 49006<br>(269) 599-7808<br>*PRO SE* | KING & SPALDING LLP<br>Kendall W. Carter<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Tel: 404-572-2495<br>Fax: 404-572-5100<br>Email: kcarter@kslaw.com<br>*Attorneys for Equifax Inc.* |

### DEFENDANTS EQUIFAX INC.'S AND EQUIFAX INFORMATION SERVICES LLC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants, Equifax Inc. and Equifax Information Services LLC, by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move the Court to dismiss this action with prejudice, and grant all other relief that the Court deems appropriate. In support of this motion, Equifax Inc. and Equifax Information

Services LLC rely upon the accompanying brief. For the reasons set forth more fully in its accompanying brief, Equifax requests that this motion be granted.

Respectfully submitted this 1st day of May, 2018.

> */s/ Kendall W. Carter*
> Kendall W. Carter
> KING & SPALDING LLP
> 1180 Peachtree Street NE
> Atlanta, GA 30309
> Tel: 404-572-2495
> Fax: 404-572-5100
> Email:kcarter@kslaw.com
>
> *Attorneys for Equifax Inc. and Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and via U.S. Mail to:

Nathaniel Spencer, III
2711 Chaparral St.
Kalamazoo, MI 49006
(269) 599-7808

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
Fax: (248) 642-0856
Email: tefraser@wwrplaw.com

Sandra Davis Jansen
Scott E. Brady
Schuckit & Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077
(317) 363-2400
Email: sjansen@schuckitlaw.com
Email: sbrady@schuckitlaw.com

                                                */s/ Kendall W. Carter*
                                                Kendall W. Carter