UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **NATHANIEL SPENCER III**, <br><br> Plaintiff, <br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.; EQUIFAX INFORMATION SOLUTIONS, LLC**, <br><br> Defendants. | Case No. 1:18-cv-194 <br><br> Judge Paul L. Maloney |

### UNOPPOSED MOTION FOR LEAVE TO ALLOW WITHDRAWAL OF AUTUMN HAMIT PATTERSON AS CO-COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Tamara E. Fraser of Williams, Williams, Rattner & Plunkett, P.C., counsel for Defendant Experian Information Solutions, Inc. and hereby moves this Court for leave to allow Autumn Hamit Patterson of Jones Day to withdraw as co-counsel of record for Defendant Experian Information Solutions, Inc. ("Experian") as she will be leaving her law firm of Jones Day to pursue another opportunity.

The undersigned has already appeared as counsel for Experian and will continue to represent Experian following Attorney Patterson's withdrawal as co-counsel. No party will be prejudiced by the relief requested. The undersigned has consulted with *pro se* Plaintiff and counsel for all Defendants of record and is informed there is no opposition to Ms. Patterson's withdrawal from this matter.

- 2 -

WHEREFORE, the undersigned respectfully requests that Attorney Autumn Hamit Patterson of Jones Day be relieved of all further responsibility as co-counsel for Experian in this matter, and that the Court grant such further relief as it deems just and proper.

Dated: August 9, 2018                                  Respectfully submitted,

*/s/ Tamara E. Fraser*
Tamara E. Fraser (P51997)
WILLIAMS, WILLIAMS, RATTNER &
PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
(248) 642-0333
tefraser@wwrplaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on August 9, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to pro se Plaintiff at the physical address and email address listed below.

Nathaniel Spencer, III
1236 Jefferson
Kalamazoo, MI 49006
(269) 599-7808
Nathan.spenc.111@gmail.com

*s/ Tamara E. Fraser*
Tamara E. Fraser