UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

    Defendants.
_____/

Case No. 1:18-cv-194

HONORABLE PAUL L. MALONEY

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pending before the Court is Attorney Tamara E. Fraser's motion for leave to allow withdrawal of Attorney Autumn Hamit Patterson as co-counsel for Defendant Experian Information Solutions, Inc. (ECF No. 29). Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

Dated: August 9, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge