Case 1:18-cv-00194-PLM-PJG   ECF No. 31 filed 01/18/19   PageID.399   Page 1 of 1

FILED - KZ
January 18, 2019 1:48 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__jlb__ Scanned by ᴏʙ / 1/18/19

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MCHIGAN

| | |
|---|---|
| NATHANIEL SPENCER III<br><br>*Plaintiff,*<br><br>vs<br><br>EQUIFAX, INC. and EQUIFAX<br>INFORMATION SERVICES, LLC<br><br>*Defendants.* | Case No 1:18-cv-194 |

## NOTICE OF SETTLEMENT

Plaintiff, Nathaniel Spencer III, Equifax, Inc. and Equifax Information Services, LLC ("Equifax"), notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, they expect to complete on or before January 28, 2019.

Respectfully Submitted this 18th day of January, 2019

_____

Nathaniel Spencer III
1236 Jefferson Ave.
Kalamazoo MI 49006
269-599-7808
nathan.spenc.111@gmail.com
*Pro Se Plaintiff*

Page 1 of 1