UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division)

| | |
|---|---|
| **NATHANIEL SPENCER, III,**<br><br>       Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS INC., et al.,**<br><br>       Defendant. | **Civil Action No. 1:18-cv-00194-PLM-PJG**<br><br>**Judge Paul L. Maloney**<br>**Magistrate Judge Phillip J. Green** |
| NATHANIEL SPENCER, III<br>1236 JEFFERSON AVE.<br>KALAMAZOO, MI 49006<br>(269) 599-7808<br>*PRO SE* | KING & SPALDING LLP<br>Kendall W. Carter<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Tel: 404-572-2495<br>Fax: 404-572-5100<br>Email: kcarter@kslaw.com<br>*Attorneys for Equifax Inc. and Equifax Information Services LLC* |

## **JOINT STATUS REPORT**

Plaintiff Nathaniel Spencer III and Defendants Equifax Inc. and Equifax Information Services LLC ("EIS"), by counsel, files their Joint Status Report and state as follows;

1

On January 18, 2019, the parties filed their Notice of Settlement, indicating that they believed they could complete the settlement documentation in this case and agree to a stipulation of dismissal on or before January 28, 2019.

On January 16, 2019, the parties exchanged signed versions of the settlement agreement.

On the same day, Equifax's counsel informed Plaintiff that Equifax would require a signed W9 to issue payment.

On January 22, 2019, Plaintiff provided a signed W9 to Equifax's counsel. Equifax's counsel provided the W9 to Equifax on the same day.

Equifax anticipates issuing the settlement funds check to Plaintiff by approximately February 8, 2019.  Equifax also anticipates that the parties will file a stipulation of dismissal at that time, or soon thereafter.

Respectfully submitted this 30th day of January 2019.

| | |
|---|---|
| */s/ Nathaniel Spencer III* | */s/ Kendall W. Carter* |
| Nathaniel Spencer III | Kendall W. Carter |
| 1236 Jefferson Ave. | King & Spalding LLP |
| Kalamazoo MI 49006 | 1180 Peachtree St. NE |
| (269) 599-7808 | Atlanta, GA 30309 |
| | Tel. (404) 572-4600 |
| *Pro SE* | Fax. (404) 572-5100 |
| | |
| | *Attorney for Equifax Inc. and Equifax Information Services LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and via U.S. Mail to:

Nathaniel Spencer, III
2711 Chaparral St.
Kalamazoo, MI 49006
(269) 599-7808

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
Fax: (248) 642-0856
Email: tefraser@wwrplaw.com

Sandra Davis Jansen
Scott E. Brady
Schuckit & Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077
(317) 363-2400
Email: sjansen@schuckitlaw.com
Email: sbrady@schuckitlaw.com

                                             */s/ Kendall W. Carter*
                                             Kendall W. Carter