UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.
_____/

Case No. 1:18-cv-194

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 31) and by the subsequent Joint Status Report (ECF No. 32)[1] of the agreement between Plaintiff and Defendants Equifax Inc. and Equifax Information Services LLC to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents as to these parties shall be filed with the Court no later than **March 1, 2019**.

Dated:  February 15, 2019

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge

---

[1] The parties are reminded of W.D. Mich. LCivR. 5.7(e)(ii) which states in relevant part, "…*Pro se* or unrepresented parties,…whose manuscript signature, in original or scanned form, must appear on the face of the document."