UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MCHIGAN

| | |
|---|---|
| **NATHANIEL SPENCER III** )<br>)<br>*Plaintiff,* )<br>)<br>vs )<br>)<br>**EQUIFAX, INC. and EQUIFAX** )<br>**INFORMATION SERVICES, LLC** )<br>)<br>*Defendants.* )<br>_____ ) | Case No 1:18-cv-194 |

## STIPULATION OF DISMISSAL AGAINST DEFENDANTS EQUIFAX, INC. AND EQUIFAX INFORMATION SERVICES, LLC

Plaintiff, Nathaniel Spencer III and Defendants Equifax, Inc. and Equifax Information Services, LLC (referred to herein as "Equifax"), hereby agree and stipulate that the within action be dismissed in its entirety with prejudice as against Equifax only, without costs or fees to any party.

Respectfully Submitted this 19th day of February, 2019

King & Spalding, LLP

Kendall W. Carter
1180 Peachtree Street
Atlanta, GA 30309
(direct) 404.572.2495
kcarter@kslaw.com
*Counsel for defendants Equifax, INC. and Equifax Information Services, LLC*

Plaintiff Nathaniel Spencer III

Nathaniel Spencer III
1236 Jefferson Ave.
Kalamazoo MI 49006
269-599-7808
nathan.spenc.111@gmail.com
*Pro Se Plaintiff*
Signed 2/18/19

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and via U.S. Mail to:

Nathaniel Spencer, III
2711 Chaparral St.
Kalamazoo, MI 49006
(269) 599-7808

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
Fax: (248) 642-0856
Email: tefraser@wwrplaw.com

Sandra Davis Jansen
Scott E. Brady
Schuckit & Associates PC
4545 Northwestern Dr.
Zionsville, IN 46077
(317) 363-2400
Email: sjansen@schuckitlaw.com
Email: sbrady@schuckitlaw.com

                                        */s/ Kendall W. Carter*
                                        Kendall W. Carter