UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
(Southern Division)

| | |
|---|---|
| NATHANIEL SPENCER, III,<br><br>　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et al.,<br><br>　　Defendant. | Civil Action No. 1:18-cv-00194-PLM-PJG<br><br>Judge Paul L. Maloney<br>Magistrate Judge Phillip J. Green |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having read and considered the Stipulation of Dismissal with Prejudice filed herein, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Nathaniel Spencer, III, against Defendants Equifax, Inc, and Equifax Information Services LLC be and the same hereby are DISMISSED WITH PREJUDICE, each party to bear his/its own costs.

　　This  19th  day of February, 2019.

/s/ Paul L. Maloney
_____
Honorable Judge Paul L. Maloney, presiding
United States District Court Judge
