Case 1:18-cv-00194-PLM-PJG   ECF No. 38 filed 02/20/19   PageID.413   Page 1 of 2

FILED KZ
February 20, 2019 11:40 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb Scanned by SB 2/20/19

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MCHIGAN

| | |
|---|---|
| NATHANIEL SPENCER III *Plaintiff,* vs EQUIFAX, INC. and EQUIFAX INFORMATION SERVICES, LLC., Et al. *Defendants.* | Case No 1:18-cv-194 |

## NOTICE OF SETTLEMENT

Plaintiff, Nathaniel Spencer III and Defendants, Experian Information Solutions, Inc. (herein referred to as Experian), notify the Court that Plaintiff and Experian have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the stipulated dismissal, we expect to complete this process on or before February 26, 2019.

Respectfully Submitted this 20th day of February 2019

*[signature]*

Nathaniel Spencer III
1236 Jefferson Ave.
Kalamazoo MI 49006
269-599-7808
nathan.spenc.111@gmail.com
*Pro Se Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be sent to the parties listed below via 1st class USPS on or around the date below.

Tamara Elizabeth Fraser
Williams Williams Rattner & Plunkett PC
380 N Old Woodward Ave., Ste. 300
Birmingham, MI 48009
(248) 642-0333
Fax: (248) 642-0856
Email: tefraser@wwrplaw.com
Attorney for Experian

James L. Policchio, Esq,
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, Indiana  46077
Telephone: (317) 363-2400
Facsimile:  (317) 363-2257
E-mail: jpolicchio@schuckitlaw.com
Attorney for Transunion

KING & SPALDING LLP
Kendall W. Carter
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-2495
Fax: 404-572-5100
Email: kcarter@kslaw.com
Attorney for Equifax Inc.

Dated February 20, 2019

*/signature/*

Nathaniel Spencer III