UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

    Plaintiff,

v.

                                        Case No. 1:18-cv-194

EXPERIAN INFORMATION SOLUTIONS,        HONORABLE PAUL L. MALONEY
INC., et al.,

    Defendants.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Notice of Settlement (ECF No. 38) of the agreement between the Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents regarding Plaintiff's claims against Experian shall be filed with the Court no later than **February 28, 2019**.

Dated: February 21, 2019                                 /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge