UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL SPENCER, III,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.
_____/

Case No. 1:18-cv-194

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Joint Notice of Settlement (ECF No. 44) of the agreement between Plaintiff and Defendant Trans Union, LLC, to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **May 7, 2019**.

Dated: April 8, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge