UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

NATHANIEL SPENCER, III,
      Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC.; TRANS UNION LLC;
EQUIFAX, INC.; and EQUIFAX
INFORMATION SERVICES, LLC;
      Defendants.

CASE NO. 1:18-cv-00194-PLM-PJG

Judge Paul L. Maloney
Magistrate Judge Phillip J. Green

---

### ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC ONLY

---

Plaintiff Nathaniel Spencer, III, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Nathaniel Spencer, III against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Nathaniel Spencer, III and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.


Date:   May 6, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge